UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARRYL SCOTT, | ) |
|     Petitioner, | ) |
| v. | ) Civil Action No. 1:13-CV-10306-DPW |
| BRUCE GELB, | ) |
|     Respondent. | ) |

**RESPONDENT'S MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the respondent, Bruce Gelb, and hereby respectfully moves this Court to allow him to submit a supplemental memorandum in support of his motion to dismiss. Doc. Nos. 31, 32. The respondent makes this request in light of the petitioner's letter to this Court, suggesting that a recent decision of the United States Court of Appeals for the First Circuit, Sanchez v. Roden, No. 13-1394, 2014 WL 2210574 (1st Cir. May 28, 2014), requires this Court to grant relief. Doc. No. 34. In support of this motion, the respondent states:

1. On February 15, 2013, the petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, alleging that that his convictions should be set aside because: (1) the prosecutor engaged in misconduct, (2) the trial court erred by allowing the prosecutor to exercise a peremptory challenge to remove a minority juror, (3) his counsel was ineffective, and (4) the trial court erred by refusing to give a jury instruction concerning the defense of another person. Doc. No. 1, at pp. 6-19.

2. On October 25, 2013, the respondent filed a motion to dismiss the petition, and a supporting memorandum of law. Doc. Nos. 31, 32.

3. On November 14, 2013, the petitioner filed a memorandum of law in support of his petition for a writ of habeas corpus. Doc. No. 33-2.

4. On June 16, 2014, the petitioner submitted a letter to this Court suggesting that the First Circuit's decision in Sanchez, 2014 WL 2210574, requires this Court to grant relief on his claim that the prosecutor improperly used a peremptory challenge to remove an African-American juror. Doc. No. 34.

5. In light of the petitioner's letter and the Sanchez decision, the respondent requests leave to file the attached memorandum to explain why Sanchez does not suggest or compel the conclusion that the petitioner is entitled to relief.

6. Allowance of this motion would enable the respondent to assist the Court more effectively.

7. This Court excused the parties from the conference requirement of Local Rule 7.1 on April 4, 2013. Doc. No. 12.

WHEREFORE, for the foregoing reasons, the respondent respectfully requests that he be granted leave to file the attached supplemental memorandum in support of his motion to dismiss, and such other relief as may be just and equitable.

Respectfully submitted,

 /s/ Thomas E. Bocian
Thomas E. Bocian (BBO #678307)
Assistant Attorney General
Appeals Division
Criminal Bureau
One Ashburton Place

Boston, Massachusetts 02108
(617) 727-2200, ext. 2617
(617) 573-5358 (fax)
thomas.bocian@state.ma.us

Dated: July 9, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2014, I caused a true and accurate copy of this document, to be served on the petitioner, Darryl Scott, by mailing the document by first-class mail, postage pre-paid, to the following address:

Mr. Darryl Scott
W87555
MCI-Norfolk
P.O. Box 43
2 Clark St.
Norfolk, MA  02056.

                                                /s/ Thomas E. Bocian
                                                 Thomas E. Bocian